| | |
|---|---|
| 1 | Adam W. Wiers (*pro hac vice* pending) |
| 2 | awwiers@JonesDay.com<br>JONES DAY |
| 3 | 77 West Wacker<br>Chicago, IL  60601 |
| 4 | Telephone:  (312) 782-3939<br>Facsimile:   (312) 782-8585 |
| 5 | |
| 6 | Kelly V. O'Donnell (State Bar No. 257266)<br>kodonnell@jonesday.com |
| 7 | Ashley E. Goff (State Bar No. 299737)<br>agoff@jonesday.com |
| 8 | JONES DAY<br>12265 El Camino Real, Suite 200 |
| 9 | San Diego, CA  92130<br>Telephone:  (85) 31411200 |
| 10 | Facsimile:   (858) 314-1150 |
| 11 | Attorneys for Defendant |
| 12 | Experian Information Solutions, Inc. |
| 13 | Additional counsel listed on signature page |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY KLINE; AND REBECCA KLINE, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>          Defendant. | Case No. 15-CV-436 H (RBB)<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EXPERIAN SOLUTIONS, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Plaintiffs Kelly Kline and Rebecca Kline ("Plaintiffs") and Defendant Experian Information Solutions, Inc. ("Experian"), through their respective counsel of record, hereby jointly move pursuant to Civil Local Rules 7.2 and 12.1 for an Order extending by two weeks the time for Experian to respond to Plaintiffs' Complaint, for good cause shown, as follows:

1. Plaintiffs have filed a putative class action complaint against Experian, asserting claims for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (Doc. No. 1.)

2. Experian was served with a summons and a copy of Plaintiffs' complaint on March 6, 2015. Accordingly, Experian's current deadline to respond to the complaint is March 27, 2015.

3. Experian and its counsel are investigating Plaintiffs' allegations. To allow Experian and its counsel adequate time to investigate Plaintiffs' claims and determine an appropriate response, Experian and Plaintiffs agree and stipulate, and hereby move the Court to order for good cause shown, a two week (14 day) extension of Experian's current deadline, making Experian's response to Plaintiffs' complaint due on or before **April 10, 2015**.

4. This is the first extension of time requested by the parties with respect to Experian. This extension is not sought for any unnecessary or improper purpose.

5. A Proposed Order is lodged concurrently with this Joint Motion.

///
///
///
///
///
///
///
///

1  WHEREFORE, Experian and Plaintiffs jointly request that the Court enter an
2  Order extending Experian's deadline to respond to Plaintiffs' complaint up to and
3  including April 10, 2015.
4  IT IS SO STIPULATED.

5  Dated:    March 25, 2015          Respectfully submitted,
6                                     JONES DAY

8                                     By: */s/ Kelly V. O'Donnell*
                                          Kelly V. O'Donnell
9
10                                    Counsel for Defendant
                                      EXPERIAN INFORMATION
11                                    SOLUTIONS, INC.
12                                    Email: kodonnell@jonesday.com

13 Dated:    March 25, 2015          Respectfully submitted,

16                                    By: */s/ Matthew Michael Loker*
                                          Matthew Michael Loker
17
18                                    Counsel for Plaintiffs
                                      KELLY KLINE AND REBECCA
                                      KLINE
19
20                                    Email: ml@kazlg.com

# **SIGNATURE CERTIFICATION**

    Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Matthew Loker, counsel for Plaintiffs, and that I have obtained his authorization to affix his electronic signature to this document.

Dated:       March 25, 2015

Respectfully submitted,

JONES DAY

By: */s/ Kelly V. O'Donnell*
     Kelly V. O'Donnell

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Email:  kodonnell@jonesday.com

SDI-600234339v2